**Exhibit A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
RAQUEL BATTLE,

                    Plaintiff,

   against

UNITED PARCEL SERVICE, INC.,

                    Defendant.
------------------------------------x

ECF

05 CV 3429 (SLT) (MDG)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to the above-captioned action, that the above-captioned action is dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

Dated: New York, New York
       ~~July~~, 2006
       Sept 12

By: _____, Esq. (JV-2163)
LEEDS MORELLI & BROWN, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550
*Attorneys for Plaintiff*

By: _____
Aaron Schindel, Esq. (AS-5248)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*


_____
Honorable Sandra L. Townes
United States District Judge

Dated: _____