DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- x
RAQUEL BATTLE,                              :
                                            :   ECF
                                            :
                          Plaintiff,        :   05 CV 3429 (SLT) (MDG)
                                            :
        against                             :   STIPULATION AND ORDER OF
                                            :   DISMISSAL WITH PREJUDICE
                                            :
UNITED PARCEL SERVICE, INC.,                :
                                            :
                          Defendant.        :
---------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for the parties to the above-captioned action, that the above-captioned action is

dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

Dated: New York, New York
       July ___, 2006
       Sept 12

By: _____              By: _____
    , Esq. (JV-2163)                           Aaron Schindel, Esq. (AS-5248)
    LEEDS MORELLI & BROWN, P.C.                PROSKAUER ROSE LLP
    One Old Country Road, Suite 347            1585 Broadway
    Carle Place, New York 11514                New York, New York 10036
    (516) 873-9550                             (212) 969-3000
    *Attorneys for Plaintiff*                  *Attorneys for Defendant*


_____s/SLT_____                 Dated: October 23, 2006
Honorable Sandra L. Townes
United States District Judge